UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:11CR169 NAB |
| DONALD TATE, | ) | |
| Defendant. | ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Plaintiff's Motion for a continuance of the evidentiary hearing, filed on June 13, 2011. In support of the motion, Plaintiff states that on June 13, 2011, Plaintiff received a voice message from Defendant's counsel indicating the defendant wishes to reinstate his Motion to Suppress Statements and Evidence. Accordingly, the government respectfully requests that the evidentiary hearing be reset to one day during the week of June 20, 2011 in order for the government to contact the testifying police officers.
For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for continuance of the evidentiary hearing is **GRANTED.** The evidentiary hearing is hereby rescheduled for June 20, 2011 at 9:00 a.m.

                                         /s/ Nannette A. Baker
                                         NANNETTE A. BAKER
                                         UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of June, 2011.