UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:11CR169 JCH |
| DONALD L. TATE, | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on Defendant Tate's Motion to Suppress (ECF No. 21).[1] Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Nannette A. Baker, who filed a Report and Recommendation on July 28, 2011 (ECF No. 41). Defendant Cost filed objections to the Report and Recommendation (ECF No. 43).

The Magistrate Judge recommends that defendant Tate's Motion to Suppress be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Dated this  12th  day of August, 2011.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE

---

[1] Defendant filed a motion to suppress statements and evidence on May 25, 2011. (ECF No. 21). Defendant filed a motion to withdraw the motion to suppress on May 31, 2011. (ECF No. 23). Defendant re-filed his motion to suppress and Magistrate Judge Baker conducted a hearing on the motion on June 21, 2011. (ECF Nos. 33-34).